1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LISA DESPRES,                              Case No.  1:23-cv-00525-HBK

12              Plaintiff,                       ORDER TO SUBMIT APPLICATION TO
                                                 PROCEED *IN FORMA PAUPERIS* OR PAY
13        v.                                     FILING FEE

14   KENNETH MCMILLIAN, NICK GRANT               MAY 5, 2023 DEADLINE

15              Defendants.

16

17

18        Plaintiff commenced this action by filing a pro se complaint on April 4, 2023.  (Doc. No.

19   1).  Plaintiff did not accompany the complaint with the $402.00 filing fee or an application to

20   proceed *in forma pauperis* under 28 U.S.C. § 1915.

21        Accordingly, it is **ORDERED:**

22        No later than May 5, 2023, Plaintiff shall either file an application to proceed *in forma*

23   *pauperis* or pay the $402.00 filing fee.  Plaintiff's failure to comply with this Order will result in

24   the undersigned recommending the Court dismiss this case for Plaintiff's failure to comply with a

25   court order and/or prosecute this action.

26   Dated:    April 7, 2023

27                                               HELENA M. BARCH-KUCHTA
                                                 UNITED STATES MAGISTRATE JUDGE
28