# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA DESPRES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KENNETH MCMILLIAN, NICK GRANT,<br><br>　　　　　　Defendants. | Case No. 1:23-cv-00525-JLT-HBK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 7) |

　　　　Plaintiff Lisa Despres proceeds pro se and *in forma pauperis* in this civil action. (Docs. 1, 4.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On April 20, 2023, the assigned Magistrate Judge screened Plaintiff's Complaint and found that it failed to state a claim. (Docs. 1, 5.) To continue the prosecution of this action, by May 22, 2023, Plaintiff had to either file an amended complaint, file a notice that she intended to stand on her Complaint, or file a notice of voluntarily dismissal under Federal Rule of Civil Procedure 41(a)(1). (Doc. 5 at 4-5.) Plaintiff failed to exercise any of the three options, and on June 1, 2023, the Magistrate Judge issued Findings and Recommendations to dismiss this action for Plaintiff's failure to prosecute. (Doc. 7.) The Findings and Recommendations were served on Plaintiff and contained a notice that Objections were to be filed within fourteen days. (*Id*. at 4-5.)

Plaintiff failed to file any objections and the time to do so has expired. (*See* docket.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

ACCORDINGLY, it is ORDERED:

1. The Findings and Recommendations, filed on June 1, 2023, (Doc. 7) are **ADOPTED IN FULL**.
2. The Clerk of Court shall terminate any pending motions, close this case, and enter judgment against Plaintiff.

IT IS SO ORDERED.

Dated:   **July 6, 2023**

UNITED STATES DISTRICT JUDGE